UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James Holka, Individually and
As Personal Representative of the Estate
of Malgorzata Holka, Deceased,

    Plaintiff,

v.                                                                    Case No. 12-13322

Hidria USA, Inc., *et al.*,                              Honorable Sean F. Cox

    Defendants.

_____/

## ORDER
## CANCELLING 12/4/12 MOTION HEARING AND
## GRANTING PLAINTIFFS' UNOPPOSED
## MOTION TO FILE AMENDED COMPLAINT

This matter is currently before the Court on Plaintiff's motion to file an amended complaint. The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decisional process. *See* Local Rule 7.1(e)(2), U.S. District Court, Eastern District of Michigan. The Court therefore orders that the motion will be decided upon the briefs. As such, **the hearing previously scheduled for December 4, 2012 is CANCELLED.** For the reasons that follow, the Court shall **GRANT** the motion,

Plaintiff filed this action on July 27, 2012, asserting claims against two Defendants. The current Scheduling Order in this matter was issued on October 17, 2012, and provides that discovery is to close on July 15, 2013.

On October 23, 2012, Plaintiff filed a "Motion to Amend the Complaint to Include

Additional Parties and Factual Allegations".  (Docket Entry No. 13).  Plaintiff's motion indicates that concurrence to the motion was obtained from the existing Defendants and no briefs in opposition to the motion have been filed.

Having reviewed Plaintiff's unopposed motion seeking leave to amend, **IT IS ORDERED that Plaintiff's motion is GRANTED and that Plaintiff shall file his amended complaint within fourteen (14) days.**

**IT IS SO ORDERED**.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated:  November 14, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 14, 2012, by electronic and/or ordinary mail.

                                                S/Jennifer McCoy
                                                Case Manager